

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2022

No. 04-19-00871-CR

Charles W. **EADEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR4480
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Sitting:     Luz Elena D. Chapa, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

The panel has considered the appellant's motion for rehearing, and the motion is hereby DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2022.

_____
Michael A. Cruz,
Clerk of Court